[No. 55413-1-I.   Division One.   January 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS CREATWELL BLACK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-00582-1, Nicole MacInnes, J., entered December 6, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54514-1-I.   Division One.   January 31, 2006.]

*In the Matter of the Personal Restraint of* ANTHONY GONZALES, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 31304-9-II.   Division Two.   January 31, 2006.]

*In the Matter of the Marriage of* LORENA JANE WINN, *Appellant,* and FRANK BURNETT WINN, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 02-3-00885-3, Christine A. Pomeroy, J., entered January 14, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 32250-1-II.   Division Two.   January 31, 2006.]

MAUERMAN & DAVIS, L.L.C., ET AL., *Appellants,* v. HOLLAMER INVESTMENTS, L.L.C., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-01670-6, John A. McCarthy, J., entered September 14, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Hunt, JJ.